March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

        , Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

Gabriel Caballero
By: _____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

*Sarah M. Sacks*
_____  
Defense Counsel's Signature

_____  
Print Defendant's Name

_____  
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

May 10, 2021
_____  
Date

_____  
U.S. District Judge/U.S. Magistrate Judge