**EPSTEIN SACKS PLLC**
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

June 8, 2021

Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Filed by ECF

*United States v. Gabriel Caballero*
21 Cr. 253 (JPC)

Dear Judge Cronan:

  We represent the defendant Gabriel Caballero under the Criminal Justice Act. We write to respectfully request a one-day modification to Mr. Caballero's bail conditions so that he can take his son to the Nickelodeon Universe Theme Park in East Rutherford, New Jersey this Thursday, June 10, 2021, to celebrate his son's 10th birthday. Currently, Mr. Caballero's bail conditions include a curfew, location monitoring and his travel is restricted to the Southern and Eastern Districts of New York. We respectfully request that the Court modify the travel restrictions portion of his bail for this Thursday only. We have discussed this request with the Government and pretrial services, neither of whom have any objection to this request.

Respectfully submitted,

*Sarah M. Sacks*

This request is granted.

SO ORDERED.

Date: June 8, 2021
New York, New York

JOHN P. CRONAN
United States District Judge