# EPSTEIN SACKS PLLC
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

June 17, 2021

Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Filed by ECF

*United States v. Gabriel Caballero*
21 Cr. 253 (JPC)

Dear Judge Cronan:

    We represent the defendant Gabriel Caballero under the Criminal Justice Act. The next status conference in this case is currently scheduled for Monday June 21, 2021. We write on behalf of both parties seeking an adjournment of that conference until the week of July 26th. Such an adjournment will allow the parties to continue to engage in plea negotiations. On behalf of Mr. Caballero, we consent to waive time under the Speedy Trial Act until the date of the next conference.

Respectfully submitted,

*Sarah M. Sacks*

This request is granted. The status conference scheduled for June 21, 2021 at 2:00 p.m. is adjourned to July 29, 2021 at 2:00 p.m. Time is excluded under the Speedy Trial Act until July 29, 2021 pursuant to 18 U.S.C. § 3161(h)(7).

SO ORDERED.

Date: June 17, 2021
    New York, New York

JOHN P. CRONAN
United States District Judge