UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
 -v- : 21 Cr. 253 (JPC)
:
GABRIEL CABALLERO, : ORDER
:
　　　　　　　　　Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

　　The status conference scheduled for July 29, 2021 at 2:00 p.m. will be held in person in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

　　SO ORDERED.

Dated: June 28, 2021　　　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge