UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
            -v-                                                    :   21 Cr. 253 (JPC)
                                                                   :
GABRIEL CABALLERO,                                                 :   ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The guilty plea conference is scheduled for September 20, 2021 at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  *See* Dkt. 20.  By September 13, 2021, the parties shall advise the Court of the following by joint letter or individual letters: Whether the parties expect that Defendant's remand will be mandatory in the event that he enters a guilty plea.  *See* 18 U.S.C. § 3143(a)(2).  If so, the Court respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

      SO ORDERED.

Dated: August 30, 2021
       New York, New York
                                                        JOHN P. CRONAN
                                                 United States District Judge