**EPSTEIN SACKS PLLC**
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

September 17, 2021

Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Filed by ECF

*United States v. Gabriel Caballero*
21 Cr. 253 (JPC)

Dear Judge Cronan:

  We represent the defendant Gabriel Caballero under the Criminal Justice Act. We write to seek leave to file our letter motion with today's date (Dkt. No. 28) with redactions. We have endeavored only to redact the portions of our letter that include medical information. We are providing an unredacted copy of our letter motion to the Court and the Government by email.

Respectfully submitted,

*Sarah M. Sacks*

Mr. Cabellero's request to file a redacted version of his September 17, 2021 letter-motion, Dkt. 28, is granted. The Court finds that Mr. Caballero's privacy interests outweigh the presumption of public access to this document. See *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-26 (2d Cir. 2006). The Court will file an unredacted version of the letter-motion under seal.

SO ORDERED.
Date: September 17, 2021
New York, New York

JOHN P. CRONAN
United States District Judge