**EPSTEIN SACKS PLLC**
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

September 17, 2021

Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The change of plea hearing is adjourned to October 14, 2021 at 2:00 p.m. The conference on October 14, 2021 will be held in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until October 14, 2021 outweigh the interests of the public and the defendant in a speedy trial, given the stated reasons for the defendant's adjournment request and to allow the defendant and his attorney time to prepare for his anticipated plea.
>
> SO ORDERED.
> Date: September 17, 2021
> New York, New York
>
> *JOHN P. CRONAN*
> United States District Judge

Filed by ECF

*United States v. Gabriel Caballero*
21 Cr. 253 (JPC)

Dear Judge Cronan:

    We represent the defendant Gabriel Caballero under the Criminal Justice Act. An in-person change of plea proceeding in this case is scheduled for this coming Monday, September 20, 2021. We write to inform the Court that we just learned that ███████████████████████████████████████████████████████████████████████████████████ For this reason, we ask that the Court adjourn Monday's in-person proceeding for approximately three weeks. We have discussed this request with the Government, and they have no objection. On behalf of Mr. Caballero, we consent to waive time under the Speedy Trial Act until the date the Court sets for that appearance.

Respectfully submitted,

*Sarah M. Sacks*