41790-509

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

GABRIEL CABALLERO,

      Defendant.

------------------------------------------------------------------X

21 Cr. 253 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

  ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

Dated: October 14, 2021
   New York, New York

_____
JOHN P. CRONAN
United States District Judge