# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, New Jersey 07079
973-324-2711

April 30, 2024

Honorable John P. Cronan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

**Re:** <u>United States v. Gabriel Caballero
21 Cr 253 (JPC)</u>

Dear Judge Cronan:

I am the attorney for the defendant in the above captioned case. Presently the case is scheduled for a conference on this Violation of Supervised Release, on May 7, 2024. By way of this letter I am requesting that the court adjourn the conference to a day and time convenient with court, during the first week of June.

On May 7, 2024, I am scheduled to begin pre-trial hearings in the case of <u>PSNY v. Lamar Lightfoot</u>, at 10:00 A.M. in the Supreme Court of New York, Bronx County. Moreover, the underlying case for Mr. Caballero has yet to be resolved, and I expect that I would be requesting a continuance until more is understood about the resolution of Mr. Caballero's state court case.

AUSA Peter Davis consents to this request.

If there are any questions, do not hesitate to contact me.

Respectfully submitted,

_____s_____
Patrick J. Joyce

The conference is adjourned to June 12, 2024 at 2:00 p.m. The Clerk of Court is respectfully directed to close Docket Number 44.

SO ORDERED.
Date: May 1, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge