UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
             -v-        :         21 Cr. 253 (JPC)
:
GABRIEL CABALLERO,                        :         <u>ORDER</u>
:
            Defendant.        :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The status conference currently scheduled for February 3, 2025 is adjourned to February 5, 2025 at 11:00 a.m.

    SO ORDERED.

Dated: January 23, 2025
       New York, New York                        JOHN P. CRONAN
                                                  United States District Judge