# Patrick J. Joyce Esq.

Attorney at Law

70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

March 31, 2025

Honorable John P. Cronan
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

      **Re:**    **United States v. Gabriel Caballero, 21-cr-253 (JPC)**
                  Request for Adjournment

Dear Judge Cronan,

      I am the attorney for the above-named defendant, Mr. Gabriel Caballero. This case is presently scheduled for a status conference on a Violation of Supervised Release on April 1, 2025, at 11:30 AM. Mr. Caballero has an open case in the Bronx Supreme Court, scheduled to be heard on April 2, 2025. Therefore, I am requesting that the Court adjourn this case to a date and time in May 2025 convenient with the Court. The adjournment will allow the parties to be in a better position to advise the Court about how we wish to proceed. I spoke with AUSA Peter Davis, and he consents to my request.

      If you have any questions or concerns, please do not hesitate to contact me at the telephone number listed above, or via email at patrickjoyce.esq@gmail.com

The request is granted.  The April 1, 2025 status conference is adjourned to May 7, 2025 at 10:00 a.m.  The Clerk of Court is respectfully directed to close Docket Number 51.

Respectfully submitted,

SO ORDERED.
Date: March 31, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

Patrick Joyce