UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

GABRIEL CABALLERO,

Defendant.

21 Cr. 253 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

It is hereby ordered that Defendant Gabriel Caballero is remanded to the custody of the United States Marshal.

SO ORDERED.

Dated: July 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge